# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) ) ) |
| v. | ) Case No. CR-12-0261-M |
| SAMUEL ALPHONSO NIMO, | ) ) ) |
| Defendant. | ) ) |

## **ORDER**

Before the Court is defendant's Motion to Terminate Defendant's Supervised Release Term, filed March 4, 2016. On May 9, 2016, the government responded, advising the Court that it did not object to defendant's motion. Upon review of defendant's unopposed motion, and for good cause shown, the Court GRANTS defendant's Motion to Terminate Defendant's Supervised Release Term [docket no. 39] and TERMINATES defendant's remaining term of supervised release.

**IT IS SO ORDERED this 16th day of May, 2016.**

VICKI MILES-LaGRANGE
UNITED STATES DISTRICT JUDGE